UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :

Jessica Karim,
*on behalf of herself and all others similarly situated*,

                                Plaintiff,

                -against-

Bella Jules, LLC,

                            Defendants.
-----------------------------------------------------------X

24-CV-3242 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: July 25, 2024
       New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge